**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-4552**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JOE ERNAL LEWIS,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Malcolm J. Howard, District Judge.  (CR-01-64-H)

———————

Submitted:  November 13, 2002      Decided:  December 12, 2002

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas P. McNamara, Federal Public Defender, G. Alan DuBois, Assistant Federal Public Defender, Jane E. Pearce, FEDERAL PUBLIC DEFENDER'S OFFICE, Raleigh, North Carolina, for Appellant.  Frank D. Whitney, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Christine Witcover Dean, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joe E. Lewis appeals the district court's order sentencing him to ninety-six months imprisonment and five years of supervised release pursuant to the Armed Career Criminal Act, found at 18 U.S.C. § 924(e) (2000), for a violation of 18 U.S.C. § 922(g)(1) (2000). We have reviewed the record and find this appeal foreclosed by our decision in United States v. Sterling, 283 F.3d 216 (4th Cir. 2002). Accordingly, the judgment of the district court is affirmed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED